IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AARON GBOTOE,

    Plaintiff,

v.

DAVID W JENNINGS, *et al*.

    Defendans.

No. C 17-06819 WHA

**TEMPORARY RESTRAINING ORDER**

Defendants are hereby temporarily enjoined from deporting plaintiff Aaron Gbotoe pending a hearing on his motion for a temporary restraining order. Plaintiff shall serve defendants with the temporary restraining order and habeas petition by **8:00 P.M. TONIGHT**. A hearing is scheduled for **TOMORROW, NOVEMBER 29, AT NOON**.

**IT IS SO ORDERED.**

Dated: November 28, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE