1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AARON GBOTOE,

        Petitioner,

  v.

DAVID JENNINGS, *et al.*,

        Respondents.

_____/

No. C 17-06819 WHA

**ORDER TEMPORARILY STAYING REMOVAL AND SETTING BRIEFING SCHEDULE**

By **MIDNIGHT, TONIGHT**, petitioner Aaron Gbotoe shall file a response specifically addressing whether the Court has subject-matter jurisdiction to hear Gbotoe's petition. The Court will try to make a ruling this week.

Petitioner Aaron Gbotoe's removal is **HEREBY STAYED** until **FRIDAY, DECEMBER 8, AT 5:00 P.M.** in order to give counsel an opportunity to seek emergency relief from our court of appeals. The Court appreciates the government's agreement to this plan.

**IT IS SO ORDERED.**

Dated: November 29, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE