1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AARON GBOTOE,

       Petitioner,

  v.

DAVID JENNINGS, *et al.*,

       Respondents.

_____/

No. C 17-06819 WHA

**ORDER REQUIRING
ADDITIONAL BRIEFING**

     Respondents shall file a reply to petitioner's response (Dkt. No. 12) by no later than **MONDAY, DECEMBER 4, AT NOON**.  Also by **MONDAY, DECEMBER 4, AT NOON** both parties shall inform the undersigned judge what standard of review they believe should apply to the Board of Immigration Appeals' decision denying petitioner's motion to stay his removal should the Court determine it has jurisdiction to hear this action.

     **IT IS SO ORDERED.**

Dated:   November 30, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE